**Julie CYPROW, Plaintiff–Appellant**

v.

**TEX. DEPT. OF PUBLIC SAFETY, et al., Defendants–Appellees.**

No. 09–20476
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 26, 2010.

Laurence W. Watts, Watts & Associates, Missouri City, TX, for Plaintiff–Appellant.

Peter B. Plotts, III, Assistant Attorney General, Angela Veronica Colmenero, Office of the Attorney General, Austin, TX, for Defendants–Appellees.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

In this employment discrimination/retaliation case, the plaintiff-appellant, Julie

---

* Pursuant to 5TH CIR. R. 47.5, the court has

determined that this opinion should not be

Cyprow, challenges the district court's summary judgment in favor of the defendant-appellee, Sgt. Torres,[1] arguing that genuine issues of material fact were presented.

We have carefully reviewed the summary judgment record, including the abundant evidence of customer and co-worker complaints regarding the appellant's rude and unprofessional conduct toward the patrons and employees of the South Gessner Driver License Office—both before and after Sgt. Torres became the appellant's supervisor. We find no genuine issue of material fact and agree with the district court that the appellant's rude, unprofessional conduct was the reason for her termination, rather than any discriminatory or retaliatory intent on the part of her immediate supervisor, Sgt. Torres.

For these reasons and the reasons stated by the district court in its careful opinion dated June 17, 2009, 2009 WL 1743826, we affirm the district court's judgment.

---

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. Initially the plaintiff-appellant brought suit against her former employer, the Texas Department of Public Safety, and supervisors, Sgt. Torres and Captain Norma Garza–Jennings. However, on appeal, the appellant argues only that the district court erred in dismissing Sgt. Torres.